UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:13-00069-4 |
| ) | JUDGE CAMPBELL |
| MANUEL RIVERA GARCIA ) | |

## ORDER

Due to an ongoing trial, the sentencing currently scheduled for October 31, 2013, is RESCHEDULED for November 5, 2013 at 3:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE